JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>              Plaintiff,<br><br>    v.<br><br>SHAHNAZ P. JABBAR, et al.,<br><br>              Defendants. | Case No. 2:19-cv-01909-FLA (SKx)<br><br>**JUDGMENT** |

The court dismissed this action for mootness and declined to exercise supplemental jurisdiction over the state law claim for relief. Accordingly, IT IS ORDERED AND ADJUDGED that: Plaintiff recover nothing, the first claim for relief be dismissed with prejudice, and the second claim for relief be dismissed without prejudice to filing in state court.

Dated: January 5, 2022

                                            FERNANDO L. AENLLE-ROCHA
                                            United States District Judge